# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **AMBERLEY HINER, individually,** ) <br> **WHITNEY CARLTON, individually** ) <br> **and AMBERLEY HINER, as Personal** ) <br> **Representative,** ) <br> ) <br>        **Plaintiffs,** ) <br>        **Cross Claim** ) <br>        **Defendants,** ) <br> ) <br>   - vs - ) <br> ) <br> **FARMERS NEW WORLD LIFE** ) <br> **INSURANCE COMPANY,** ) <br> ) <br>        **Defendant,** ) <br>        **Cross Claimant** ) <br>        **Third Party Plaintiff,** ) <br> ) <br>   - vs - ) <br> ) <br> **RALPH E. CARLTON, an individual,** ) <br> ) <br>        **Third Party Defendant.** ) | Case No.  CIV-12-367-SPS |

## AMENDED AGREED ORDER OF DISTRIBUTION

This matter comes before the Court upon the parties' joint Motion for Disbursement of Funds.  Having reviewed the pleadings, affidavits and evidence on file herein, the Court does hereby FIND as follows:

1. The amount of $110,160.62 was deposited herein by Defendant, Farmers New World Life Insurance Company, on July 5, 2013.

2. The parties have jointly announced that they have reached an agreement on how said sum should be distributed, including each party waiving any and all claims against each other and also waiving all claims for costs and/or fees to be made against the interpled funds.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. The amount of $22,500.00 shall be distributed to Defendant, Ralph Carlton, c/o Clark Wood, 303 South Oak, Sallisaw, OK 74955.

    2.      The remaining amount of $87,660.62, plus any interest that accrued since the date of deposit and less any registry fee, shall be distributed to the Plaintiffs, Amberley Hiner and Whitney Carlton, jointly, c/o Justin Stout, 300 W. Broadway, Muskogee, OK 74401 .

IT IS SO ORDERED this 9th day of August, 2013.

_____
Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma

Approved by:

/s/     Justin Stout
_____

Justin Stout, OBA #19581
Wright, Stout & Wilburn, PLLC
300 W. Broadway
Muskogee, OK 74401
918-682-0091 Phone
918-683-6340 Fax
Justin@wswlaw.com
ATTORNEY FOR PLAINTIFFS


/s/     Clark Wood
_____

Clark Wood, OBA#9841
303 South Oak
Sallisaw, OK 74955
918-775-9191 Phone
918-775-7549 Fax
Attorney for Defendant, Ralph Carlton